UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY R. HUFF,
    Plaintiff,

vs.                                      CASE NO. 8:07-CIV-538-T-17-EAJ

SWEET DREAMS INN, LLC, etc.,
    Defendant.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion for entry of a final default judgment (Docket No. 9). The defendant has failed to file a timely response to the motion. The Court has reviewed the motion and finds it well taken. Accordingly, it is

**ORDERED** that the motion for entry of a final default judgment (Docket No. 9) be **granted** and the Clerk of Court is directed to enter a judgment for the plaintiff and against the defendant in the amounts of: $25,292.00 for overtime pay and liquidated damages, $3,900.00 in attorney's fees, and $495.00 in costs, as established by the plaintiff in his motion and exhibits. The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record